UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LATOYA WATKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>CONCENTRA HEALTH SERVICES, INC.,<br><br>    Defendant. | Case No.  24-cv-04452-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 24 |

The Court is informed that the parties have settled this matter.  Dkt. No. 24.  Accordingly, all pending deadlines and appearances are vacated.  On or before **April 18, 2025**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **April 22, 2025 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **April 18, 2025** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: March 5, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge